UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quickel Loans, Inc.

In Re:

Matthew Toal,

Debtor.

Case No.: 20-14171-JNP

Chapter: 13

Hearing Date: 5/20/2020

Judge: Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 14)

_____

Date: 5/14/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*