Printed on: 12/31/2020
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 20-14171 (JNP)**

Matthew Toal
132 Salem Dr
Pennsville, NJ  08070

Monthly Payment: $512.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/02/2020 | $370.00 | 04/29/2020 | $370.00 | 05/28/2020 | $370.00 | 06/29/2020 | $370.00 |
| 07/30/2020 | $370.00 | 09/01/2020 | $370.00 | 10/05/2020 | $370.00 | 11/02/2020 | $370.00 |
| 12/01/2020 | $370.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MATTHEW TOAL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $2,724.68 | $1,625.32 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $4,415.19 | $0.00 | $4,415.19 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $426.19 | $0.00 | $426.19 | $0.00 |
| 3 | BOSCOV'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $8,197.20 | $0.00 | $8,197.20 | $0.00 |
| 5 | COMCAST | 33 | $687.35 | $0.00 | $687.35 | $0.00 |
| 6 | CORDANT HEALTH SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DISCOVER BANK | 33 | $1,643.35 | $0.00 | $1,643.35 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,858.88 | $0.00 | $1,858.88 | $0.00 |
| 9 | CAVALRY SPV I, LLC | 33 | $760.75 | $0.00 | $760.75 | $0.00 |
| 10 | MOHELA A DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $981.52 | $0.00 | $981.52 | $0.00 |
| 12 | QUICKEN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUICKEN LOANS, INC. | 24 | $22,629.44 | $0.00 | $22,629.44 | $0.00 |
| 14 | QUICKEN C/O KLM | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SJ GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | VERIZON BY AMERICAN INFOSOURCE | 33 | $1,282.33 | $0.00 | $1,282.33 | $0.00 |
| 18 | ZALES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $1,279.49 | $0.00 | $1,279.49 | $0.00 |
| 22 | EMERGENCY CARE SERVICES OF NJ, PA | 33 | $2,625.00 | $0.00 | $2,625.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 04/01/2020 | 4.00 | $0.00 |
| 08/01/2020 | Paid to Date | $1,850.00 |
| 09/01/2020 | 55.00 | $512.00 |
| 04/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,330.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $338.92 |
| Arrearages: | $568.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**