| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Matthew Toal <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7975 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   20–14171–JNP | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew Toal

<u>7/3/25</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-14171-JNP

Matthew Toal                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 03, 2025 | Form ID: 3180W | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Toal, 132 Salem Dr, Pennsville, NJ 08070-3016 |
| 518758722 | | Capital One, PO Box 71083, Eden, UT 84310 |
| 518758724 | + | Cordant Health Solutions, PO Box 172345, Denver, CO 80217-2345 |
| 518758725 | | Discover, PO Box 6103, Salt Lake City, UT 84130 |
| 518768934 | + | Quicken Loans Inc., KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108-2809 |
| 518758732 | + | Quicken Mortgage, 3760 Haven Ave, Menlo Park, CA 94025-1012 |
| 518758731 | + | Quicken c/o KLM, 216 Hadden Ave #400, Collingswood, NJ 08108-2812 |
| 518758733 | + | SJ Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 518758735 | + | Zales, 901 W. Walnut Hill Lane, Irving, TX 75038-1001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 03 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 03 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518758719 | + Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 20:59:58 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 518800246 | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 20:45:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518758720 | + Email/Text: bankruptcy@pepcoholdings.com | Jul 03 2025 20:39:00 | Atlantic City Electric, PO Box 17006, Wilmington, DE 19850-7006 |
| 518768514 | + Email/Text: bankruptcy@pepcoholdings.com | Jul 03 2025 20:39:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 518758721 | + EDI: WFNNB.COM | Jul 04 2025 00:27:00 | Boscov's, PO Box 183003, Columbus, OH 43218-3003 |
| 518778244 | + EDI: COMCASTCBLCENT | Jul 04 2025 00:24:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518777202 | + EDI: AIS.COM | Jul 04 2025 00:27:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518762221 | + Email/Text: bankruptcy@cavps.com | Jul 03 2025 20:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518758723 | + EDI: COMCASTCBLCENT | Jul 04 2025 00:24:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 518771666 | EDI: DISCOVER | Jul 04 2025 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518827918 | Email/Text: BNCnotices@dcmservices.com | Jul 03 2025 20:38:00 | EMERGENCY CARE SERVICES OF NJ,P.A, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: 3180W | Total Noticed: 32 |

| | | | PO Box 1123, Minneapolis, MN 55440-1123 |
|---|---|---|---|
| 518758727 | Email/Text: CollectionsSupportServices@macys.com | Jul 03 2025 20:39:00 | Macy's, 151 West 34th Street, New York, NY 10001 |
| 518758726 | + EDI: WFNNB.COM | Jul 04 2025 00:27:00 | Kay Jewelers, PO Box 182273, Columbus, OH 43218-2273 |
| 518791551 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2025 21:00:31 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518758728 | + Email/Text: EBN@Mohela.com | Jul 03 2025 20:38:00 | Mohela A Department of Education, PO Box 790233, Saint Louis, MO 63179-0233 |
| 518792232 | EDI: PRA.COM | Jul 04 2025 00:27:00 | Portfolio Recovery Associates, LLC, c/o Kay Jewelers, POB 41067, Norfolk VA 23541 |
| 518791706 | EDI: PRA.COM | Jul 04 2025 00:27:00 | Portfolio Recovery Associates, LLC, c/o Peebles, POB 41067, Norfolk VA 23541 |
| 518758729 | + EDI: WFNNB.COM | Jul 04 2025 00:27:00 | Peebles, PO Box 182273, Columbus, OH 43218-2273 |
| 518824923 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 03 2025 20:39:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518833051 | + EDI: AIS.COM | Jul 04 2025 00:27:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518758734 | + EDI: VERIZONCOMB.COM | Jul 04 2025 00:24:00 | Verizon, 1095 Ave. of the Americas, New York, NY 10036-6704 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518758730 | | Quicken |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | |
| | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | |

District/off: 0312-1                          User: admin                                    Page 3 of 3

Date Rcvd: Jul 03, 2025                       Form ID: 3180W                               Total Noticed: 32

courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon

    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com,
bkgroup@kmllawgroup.com

Denise E. Carlon

    on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa

    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Richard Abel

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

Terry Tucker

    on behalf of Debtor Matthew Toal terrytucker@comcast.net

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9